JACK IVAN JMAEV, SBN 216,416
JACK@PURITANLAW.COM
FOR PLAINTIFF, NORCO PLASTICS, INC.
14277 ALBERS WAY
CHINO, CA 91710
(909) 437-8390

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| NORCO PLASTICS, INC., a California corporation | ) CASE NO: 5:15-CV-00049 |
| Plaintiff | ) |
| v. | ) |
| MOULDTEC, INC., an Illinois corporation | ) PLAINTIFF |
| Defendant | ) NORCO PLASTICS, INC. |
| | ) REQUEST TO ENTER DEFAULT |
| _____ | ) |

PLAINTIFF NORCO PLASTICS, INC. REQUEST TO ENTER DEFAULT
1

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Norco Plastics, Inc., a California Corporation, ("NORCO") hereby requests

the Clerk of the above-entitled court to enter a default in this matter against

Defendant Mouldtec, Inc., an Illinois Corporation, on the grounds that this Defendant

has failed to appear or otherwise respond to Norco's complaint within the time

prescribed by Rule 12 of the Federal Rules of Civil Procedure.


Norco served its Complaint and Summons in this matter on January 14, 2015 as

evidenced by the proof of service of Summons and Complaint on file with this Court.


The Defendant Mouldtec, Inc. was required to answer the Complaint according to the

Summons by February 4, 2105 and has failed to do so.


In support of this request, Plaintiff relies upon the record in the case and the affidavit

submitted herewith.


Respectfully Submitted,
DATED: February 6, 2015
/s/ Jack I. Jmaev
Attorney for Plaintiff, SBN 216,416
jack@puritanlaw.com
(909) 437-8390

PLAINTIFF NORCO PLASTICS, INC. REQUEST TO ENTER DEFAULT
2