JACK IVAN JMAEV, SBN 216,416
JACK@PURITANLAW.COM
FOR PLAINTIFF, NORCO PLASTICS, INC.
14277 ALBERS WAY
CHINO, CA 91710
(909) 437-8390

JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| NORCO PLASTICS, INC., a California corporation,<br>　　　　　　　Plaintiff<br><br>　　　　　　　v.<br><br>MOULDTEC, INC., an Illinois corporation;<br>MOULDTEC SOUTH, INC., an Illinois Corporation;<br>RICHARD DEL OLMO A/K/A RICHARD BARTUSH, a resident of Illinois<br>　　　　　　　Defendants | CASE NO: 5:15-CV-00049<br><br>ASSIGNED TO :<br>HON. JESUS BERNAL<br>COURTROOM 1<br><br>[] ORDER TO DISMISS ACTION |
| MOULDTEC, INC., an Illinois corporation ,<br>　　　　　　　Counterclaimant<br>　　　　　　　v.<br>NORCO PLASTICS, INC., a California corporation,<br>　　　　　　　Counter Defendant | |

i
[PROPOSED] ORDER TO DISMISS ACTION

# [] ORDER

1. GIVEN THAT THE PARTIES HAVE STIPULATED through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), the Court ORDERS that this action be dismissed with prejudice.

2. The Court FURTHER ORDERS that Defendant and Counterclaimant Mouldtec, Inc. dismiss with prejudice CASE NO: 01-16-0002-4965, now pending in Arbitration in the American Arbitration Association, no later than April 21, 2017.

IT IS SO ORDERED.

This 20th day of April, 2017.

_____
The Hon. Jesus Bernal
United States District Judge